G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
RACHEL A. FLIPSE, SBN 273659
rflipse@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8239
Facsimile: (415) 393-8306

Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
Clifford L. Carter, SBN 149621
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: kwolden@justice4you.com

Attorneys for Plaintiff and the Class

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDON BANKS and ERIN BANKS, individually and on behalf of a class of similarly situated consumers,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; NISSAN MOTOR CO., LTD.; NISSAN DESIGN AMERICA, INC.,<br><br>Defendants. | CASE NO. C 11-2022 PJH<br><br>**JOINT STIPULATION FOR DISMISSAL** OF NDA<br><br>Trial Date:          None set |

1

JOINT STIPULATION FOR DISMISSAL                                           Case No. C 11-2022 PJH

1  The parties, by and through their undersigned counsel, jointly submit this stipulation of dismissal as to NISSAN DESIGN AMERICA, INC. (hereinafter "NDA"), only:

WHEREAS, NISSAN NORTH AMERICA, INC. (hereinafter "NNA"), stipulates that NDA is operated as a division of NNA and NDA no longer exists as a separate legal entity;

WHEREAS, NNA stipulates that NDA used to be a Delaware corporation whose principal place of business was in California during the time that the 2004-2006 Nissan Armada and Titan Trucks, and Infiniti QX56 vehicles ("AFFECTED VEHICLES") were designed, developed and marketed;

WHEREAS, NNA stipulates that NDA's liability, if any, arising from the allegations contained in the lawsuit, is the liability of the now parent corporation NNA;

Based upon these stipulations of NNA , the parties jointly stipulate to the dismissal of NDA.

DATED:  November 22, 2011            Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:           /s/ G. Charles Nierlich
              G. Charles Nierlich

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
RACHEL A. FLIPSE, SBN 273659
rflipse@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California  94105-2933
Telephone: (415) 393-8239
Facsimile: (415) 393-8306

TIMOTHY W. LOOSE, SBN 241037
tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
Nissan North America, Inc.

COUNSEL FOR PLAINTIFFS


By: _____/s/ F. Jerome Tapley_____
         F. Jerome Tapley (*pro hac vice*)

Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
Clifford L. Carter, SBN 149621
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: kwolden@justice4you.com

F. Jerome Tapley (*pro hac vice*)
Hirlye R. "Ryan" Lutz, III (*pro hac vice*)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com

Attorneys for Plaintiffs
Brandon and Erin Banks

11/29/11

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*