| | |
|---|---|
| 1 | G. CHARLES NIERLICH, SBN 196611 |
|   | gnierlich@gibsondunn.com |
| 2 | RACHEL A. FLIPSE, SBN 273659 |
|   | rflipse@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, California 94105-2933 |
|   | Telephone: (415) 393-8239 |
| 5 | Facsimile: (415) 393-8306 |

Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
Clifford L. Carter, SBN 149621
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: kwolden@justice4you.com

Attorneys for Plaintiff and the Class

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDON BANKS and ERIN BANKS, individually and on behalf of a class of similarly situated consumers,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; NISSAN MOTOR CO., LTD.; NISSAN DESIGN AMERICA, INC.,<br><br>Defendants. | CASE NO. C 11-2022 PJH<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Current Conference Date:  January 26, 2012<br>Requested Conference Date:  April 26, 2012<br>Time:  2:00 p.m.<br>Location:  Courtroom 3<br>Judge:  Hon. Phyllis J. Hamilton |

1

JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER                              Case No. C 11-2022 PJH

1  Plaintiffs on the one hand, and Defendant Nissan North America ("NNA") on the other hand,
2  by and through their undersigned counsel, jointly submit this stipulation respectfully requesting that
3  the Court continue the case management conference currently scheduled for January 26, 2012 to
4  April 26, 2012, at 2:00 p.m.:
5  WHEREAS, on December 19, 2011, the Court entered an order granting NNA's motion to
6  dismiss, with leave to amend;
7  WHEREAS, Plaintiffs filed their second amended complaint on January 11, 2012;
8  WHEREAS, NNA's response to the second amended complaint is due to be filed by order of
9  the Court on or before February 8, 2012;
10 WHEREAS, NNA currently expects to respond to the second amended complaint by motion;
11 WHEREAS, the parties have agreed to a hearing date of March 14, 2012 for any motion
12 directed to the pleadings filed by NNA;
13 WHEREAS, the parties believe that continuing the case management conference to a point in
14 time after resolution of any motion directed to the pleadings promotes efficiency and conserves
15 judicial resources;
16 THEREFORE, the parties jointly stipulate, and respectfully request, that the Court continue
17 the case management conference in this matter to April 26, 2012, at 2:00 p.m.
18 DATED:  January 19, 2012

GIBSON, DUNN & CRUTCHER LLP

By:  */s/  G. Charles Nierlich*
       G. Charles Nierlich

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
tloose@gibsondunn.com
RACHEL A. FLIPSE, SBN 273659
rflipse@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California  94105-2933

Attorneys for Defendant
Nissan North America, Inc.

2
JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER                              Case No. C 11-2022 PJH

COUNSEL FOR PLAINTIFFS

By: _____/s/ F. Jerome Tapley_____
F. Jerome Tapley (*pro hac vice*)

Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
Clifford L. Carter, SBN 149621
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: kwolden@justice4you.com

F. Jerome Tapley (*pro hac vice*)
Hirlye R. "Ryan" Lutz, III (*pro hac vice*)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com

Attorneys for Plaintiffs
Brandon and Erin Banks

## [PROPOSED] ORDER

Based on the foregoing stipulation and request, the Court orders that the case management conference currently set for January 26, 2012, be continued to April 26, 2012, at 2:00 p.m..

DATED: 1/23/12     _____
The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

3

JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER                     Case No. C 11-2022 PJH