UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON BANKS, et al.,

        Plaintiff(s),                          No. C 11-2022 PJH

        v.                                 **ORDER**

NISSAN NORTH AMERICA, INC., et al.,

        Defendant(s).

_____/

        The court adopts the parties' supplemental joint case management statement and the briefing schedule for the class certification motions will be as set forth therein. The hearing on said motions will be held on **May 22, 2013, at 9:00 a.m.**

        Additionally, this matter is hereby referred for assignment of a magistrate judge to oversee any discovery disputes that may arise. After assignment of the magistrate judge, any discovery disputes shall be noticed on that judge's calendar in the manner required by that judge's standing orders.

        The April 26, 2012 Case Management Conference is VACATED.

        **IT IS SO ORDERED.**

Dated: April 23, 2012

                                              PHYLLIS J. HAMILTON
                                              United States District Judge