# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON BANKS, et al.,** | **Case No.: C-4:11-2022 PJH** |
|     **Plaintiffs,** | **ORDER** |
|     vs. | |
| **NISSAN NORTH AMERICA, INC.,** | |
|     **Defendant.** | |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: April 24, 2012

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**