Michael F. Ram, SBN 104805
RAM, OLSON, CEREGHINO & KOPCYZNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
*Attorney for Plaintiffs and the Class*

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8239
Facsimile: (415) 393-8306
*Attorney for Defendant,
Nissan North America, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BRANDON BANKS, ERIN BANKS and DAVID SOLOWAY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No.: 4:11-CV-02022-PJH<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Conference Date: March 20, 2014<br>Time:                    2:00 p.m.<br>Judge:                   Phyllis J. Hamilton<br>Place:                    Courtroom 3, Third floor<br><br>Trial Date:            None Set |

///
///
///
///
///
///
///
///

**JOINT CASE MANAGEMENT STATEMENT**
Case No. 4:11-cv-02022-PJH

1   The parties, by and through their undersigned counsel, jointly submit this Case
2   Management Statement in response to the Court's minute entry of January 13, 2014.

3   The parties jointly request that the Court continue the Case Management Conference to
4   April 24, 2014 (or a date thereafter that is convenient for the Court), as Nissan North America's
5   ("NNA") petition seeking interlocutory review of the Court's class certification order still is
6   pending before the Ninth Circuit Court of Appeals. In the previous case management statement
7   filed in connection with the January 16, 2014 Case Management Conference, NNA informed
8   the Court of its pending 23(f) petition, and the Court thereafter continued the Case Management
9   Conference for a period of 60 days. (Dkt. 127.) The parties are hopeful that this continuance of
10  the current Case Management Conference date will allow for the conference to be conducted
11  after the Ninth Circuit has ruled on the petition.

12  In addition to this joint statement, the parties also have concurrently submitted a joint
13  stipulation and proposed order for the Court' s consideration, which continues the Case
14  Management Conference to April 24, 2014 at 2:00 p.m.

                                        Respectfully Submitted,

Dated:  March 13, 2014                  CORY WATSON CROWDER & DEGARIS, P.C.

                                        By:/s/
                                            F. Jerome Tapley (*Pro Hac Vice*)
                                            Email: jtapley@cwcd.com
                                            Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
                                            Email: rlutz@cwcd.com
                                            2131 Magnolia Avenue
                                            Birmingham, AL 35205
                                            Telephone: (205) 328-2200
                                            Facsimile: (205) 324-7896

                                        CARTER WOLDEN CURTIS, LLP
                                        Kirk J. Wolden, SBN 138902
                                        Email: kirk@cwclawfirm.com
                                        Clifford L. Carter, SBN 149621
                                        Email: cliff@cwclawfirm.com
                                        1111 Exposition Boulevard, Suite 602
                                        Sacramento, California 95815
                                        Telephone: (916) 567-1111

                                        RAM, OLSON, CEREGHINO

**JOINT CASE MANAGEMENT STATEMENT**
Case No. 4:11-cv-02022-PJH

1

                                 & KOPCYZNSKI LLP
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Karl Olson, SBN 104760
Email: kolson@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Class*

Dated:  March 13, 2014                GIBSON, DUNN & CRUTCHER LLP

                              By: */s/*
                                 TIMOTHY W. LOOSE, SBN 241037
tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-752

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8239
Facsimile: (415) 393-8306

*Attorneys for Defendant*

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Timothy W. Loose hereby attests that concurrence in the filing of this document has been obtained.*

**JOINT CASE MANAGEMENT STATEMENT**
Case No. 4:11-cv-02022-PJH

2