UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON BANKS, et al.,

    Plaintiffs,

    v.

NISSAN NORTH AMERICA, INC., et al.,

    Defendants.

_____/

No. C 11-2022 PJH

**ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Before the court is the parties' stipulation to continue the case management conference, currently scheduled for March 20, 2014. The parties explain that, at the time that the stipulation was filed, defendant's Rule 23(f) petition was pending before the Ninth Circuit Court of Appeals, and thus, they seek to continue the case management conference to April 24, 2014. The court notes that defendant's petition has now been denied, and as a result, the court DENIES the parties' stipulation.

Instead, the court continues the case management conference to **March 27, 2014**. The parties' joint case management statement shall be filed no later than **March 20, 2014**.

**IT IS SO ORDERED.**

Dated: March 13, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge