Kirk J. Wolden, SBN 138902
Clifford L. Carter, SBN 149621
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, CA 95815
Telephone:     (916) 567-1111
Facsimile:      (916) 567-1112
Email: kirk@cwclawfirm.com
Email: cliff@cwclawfirm.com

F. Jerome Tapley, ASB-0583-A56T *(Pro Hac Vice)*
Hirlye R. "Ryan" Lutz, III, ASB-6641-E59L *(Pro Hac Vice)*
CORY WATSON CROWDER & DEGARIS, P.C.
213 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: jtapley@cwcd.com
Email: rlutz@cwcd.com

Michael Ram, SBN 104805
RAM, OLSON, CEREGHINO, et al.
555 Montgomery Street, Ste. 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRANDON BANKS and ERIN BANKS, and DAVID SOLOWAY, individually and on behalf of a class similarly situated consumers, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC. <br><br> Defendants. | Case No.: 4:11-cv-02022-PJH <br><br> **[PROPOSED] ORDER CONTINUING BRIEFING AND HEARING ON MOTION FOR APPROVAL OF CLASS NOTICE** |

///

///

[PROPOSED] ORDER CONTINUING BRIEFING AND HEARING
ON MOTION FOR APPROVAL OF CLASS  NOTICE
Case No.: 4:11-cv-02022-PJH                                                                                                       1

The Plaintiff Class filed their motion for approval of class notice on May 21, 2014. The Court has continued the hearing on this matter due to the parties' ongoing efforts to document their proposed settlement. The current hearing date for the motion is October 1, 2014. On September 17, 2014, the Plaintiff Class filed their Notice Of Settlement In Principle (In Lieu Of Reply Re Motion For Approval Of Class Notice) advising the Court that the parties continued to finalize the written settlement agreement and exhibits, and of their mutual request that the Court vacate the October 1, 2014 hearing date. Accordingly the Court VACATES the hearing date on the motion for approval of class notice. The Plaintiff Class shall file their motion for preliminary approval of a proposed class action settlement no later than October 1, 2014.

**IT IS SO ORDERED**

Date:

PHYLLIS J. HAMILTON
United States District Judge