1
2  MICHAEL F. RAM, SBN 104805
   mram@rocklawcal.com
3  RAM, OLSON, CEREGHINO & KOPCYZNSKI LLP
   555 Montgomery Street, Suite 820
4  San Francisco, California 94111
   Telephone: (415) 433-4949
5  Facsimile: (415) 433-7311
   *Attorney for Plaintiffs and the Class*
6
7  G. CHARLES NIERLICH, SBN 196611
   gnierlich@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
9  San Francisco, California 94105-2933
   Telephone: (415) 393-8239
10 Facsimile: (415) 393-8306
   *Attorney for Defendant*
11 *Nissan North America, Inc.*

12 [Additional Counsel on Signature Page]

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

17

18 BRANDON BANKS, ERIN BANKS, and          CASE NO. C 11-2022 PJH
   DAVID SOLOWAY, individually and on behalf
19 of a class of similarly situated consumers,   **JOINT STIPULATION AND [PROPOSED]**
                                                 **ORDER REGARDGING FILING OF**
20              Plaintiffs,                       **MOTION FOR PRELIMINARY**
                                                 **APPROVAL OF CLASS SETTLEMENT**
21        v.

22 NISSAN NORTH AMERICA, INC.,
                                                 Judge:              Hon. Phyllis J. Hamilton
23              Defendant.

24

25

26

27

28
                                          1

1    The parties, by and through their undersigned counsel, jointly submit this stipulation

2  regarding Plaintiffs' filing of a motion for preliminary approval of the class settlement that has been

3  reached in principle with Defendant Nissan North America, Inc.

4    WHEREAS, Plaintiffs previously advised the Court of their intent to file a motion for

5  preliminary approval of the settlement on October 1, 2014;

6    WHEREAS, the parties believe that it is in the interests of efficiency and judicial economy to

7  allow them additional time to memorialize and finalize the terms of their settlement agreement and

8  the ancillary documents that will be submitted in connection with a motion for preliminary approval;

9    THEREFORE, the parties jointly stipulate and advise the Court of Plaintiff's intention to

10  submit a motion for preliminary approval of the settlement on October 8, 2014, and request that the

11  Court enter the attached proposed order.

12  DATED:  October 1, 2014

13                    GIBSON, DUNN & CRUTCHER LLP

14            By:*/s/*_____

15            TIMOTHY W. LOOSE, SBN 241037
             tloose@gibsondunn.com

16            GIBSON, DUNN & CRUTCHER LLP
             333 South Grand Avenue

17            Los Angeles, California 90071-3197
             Telephone: (213) 229-7000

18            Facsimile: (213) 229-752

19            G. CHARLES NIERLICH, SBN 196611

20            gnierlich@gibsondunn.com
             GIBSON, DUNN & CRUTCHER LLP

21            555 Mission Street, Suite 3000
             San Francisco, California 94105-2933

22            Telephone: (415) 393-8239
             Facsimile: (415) 393-8306

23

24            *Attorneys for Defendant*

25

26                    CORY WATSON CROWDER & DEGARIS, P.C.

27            By:*/s/*_____
             F. Jerome Tapley (*Pro Hac Vice*)

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDGING FILING OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT                                Case No. C 11-2022 PJH

Email: jtapley@cwcd.com
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
Email: rlutz@cwcd.com
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden, SBN 138902
Email: kirk@cwclawfirm.com
Clifford L. Carter, SBN 149621
Email: cliff@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111

RAM, OLSON, CEREGHINO
& KOPCYZNSKI LLP
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Karl Olson, SBN 104760
Email: kolson@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Classk*

*\*\*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Timothy W. Loose hereby attests that concurrence in the filing of this document has been obtained.*

3

**[PROPOSED] ORDER**

Good cause having been shown, the Court is advised of the parties' representations regarding the current status of the settlement, and is further advised of Plaintiffs' intention to submit a motion for preliminary approval of class settlement on October 8, 2014, rather than October 1, 2014.  Should it transpire that Plaintiffs are not able to file a motion for preliminary approval on October 8, 2014, the Parties shall provide the Court with a joint status update on October 8, 2014.


DATED:  October  __, 2014

_____
The Honorable Phyllis J. Hamilton
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDGING FILING OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT                                    Case No. C 11-2022 PJH