Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
Jim Wyly
4004 Texas Boulevard
Texarkana, TX 75503
(903) 334-8646

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Brandon Banks and Erin Banks, and David Soloway, individually and on behalf of a class similarly situated consumers,

Plaintiff(s),

v.

NISSAN NORTH AMERICA, INC.

Defendant(s).

CASE NO. 4:11-cv-02022-PJH

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jim Wyly, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Kirk J. Wolden, Carter, Wolden, Curtis, LLP, 1111 Exposition Blvd., Suite 602 Sacramento, CA 95815

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2014

Jim Wyly

# EXHIBIT

# A

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

September 19, 2014

RE: **Mr. James Clark Wyly**
   State Bar Number - **22100050**

To Whom it May Concern:

This is to certify that Mr. James Clark Wyly was licensed to practice law in Texas on May 01, 1992 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222