1

2

MICHAEL F. RAM, SBN 104805
mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCYZNSKI LLP

3

555 Montgomery Street, Suite 820
San Francisco, California 94111

4

Telephone: (415) 433-4949
Facsimile: (415) 433-7311

5

*Attorney for Plaintiffs and the Class*

6

7

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

8

555 Mission Street, Suite 3000
San Francisco, California 94105-2933

9

Telephone: (415) 393-8239
Facsimile: (415) 393-8306

10

*Attorney for Defendant*
*Nissan North America, Inc.*

11

12

[Additional Counsel on Signature Page]

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

16

17

18

BRANDON BANKS, ERIN BANKS, and
DAVID SOLOWAY, individually and on behalf
of a class of similarly situated consumers,

19

20

Plaintiffs,

21

v.

22

NISSAN NORTH AMERICA, INC.,

23

Defendant.

24

25

CASE NO. C 11-2022 PJH

**JOINT STIPULATION AND [~~PROPOSED~~]
ORDER REGARDGING FILING OF
MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT**

Judge:              Hon. Phyllis J. Hamilton

26

27

28

1

1    The parties, by and through their undersigned counsel, jointly submit this stipulation
2  regarding Plaintiffs' filing of a motion for preliminary approval of the class settlement that has been
3  reached in principle with Defendant Nissan North America, Inc.
4    WHEREAS, Plaintiffs previously advised the Court of their intent to file a motion for
5  preliminary approval of the settlement on October 1, 2014;
6    WHEREAS, the parties believe that it is in the interests of efficiency and judicial economy to
7  allow them additional time to memorialize and finalize the terms of their settlement agreement and
8  the ancillary documents that will be submitted in connection with a motion for preliminary approval;
9    THEREFORE, the parties jointly stipulate and advise the Court of Plaintiff's intention to
10  submit a motion for preliminary approval of the settlement on October 8, 2014, and request that the
11  Court enter the attached proposed order.
12  DATED:  October 1, 2014

13    GIBSON, DUNN & CRUTCHER LLP

14    By:/s/_____
15    TIMOTHY W. LOOSE, SBN 241037
      tloose@gibsondunn.com
16    GIBSON, DUNN & CRUTCHER LLP
      333 South Grand Avenue
17    Los Angeles, California 90071-3197
      Telephone: (213) 229-7000
18    Facsimile: (213) 229-752

19    G. CHARLES NIERLICH, SBN 196611
20    gnierlich@gibsondunn.com
      GIBSON, DUNN & CRUTCHER LLP
21    555 Mission Street, Suite 3000
      San Francisco, California 94105-2933
22    Telephone: (415) 393-8239
23    Facsimile: (415) 393-8306

24    *Attorneys for Defendant*

25
26    CORY WATSON CROWDER & DEGARIS, P.C.

27    By:/s/_____
      F. Jerome Tapley (*Pro Hac Vice*)

28
    2

Email: jtapley@cwcd.com
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
Email: rlutz@cwcd.com
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden, SBN 138902
Email: kirk@cwclawfirm.com
Clifford L. Carter, SBN 149621
Email: cliff@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111

RAM, OLSON, CEREGHINO
& KOPCYZNSKI LLP
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Karl Olson, SBN 104760
Email: kolson@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Classk*

***Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3)
regarding signatures, Timothy W. Loose hereby attests
that concurrence in the filing of this document has been
obtained.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDGING FILING OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT                                    Case No. C 11-2022 PJH

**[~~PROPOSED~~] ORDER**

Good cause having been shown, the Court is advised of the parties' representations regarding the current status of the settlement, and is further advised of Plaintiffs' intention to submit a motion for preliminary approval of class settlement on October 8, 2014, rather than October 1, 2014.  Should it transpire that Plaintiffs are not able to file a motion for preliminary approval on October 8, 2014, the Parties shall provide the Court with a joint status update on October 8, 2014.

DATED:  October 3, 2014



_____
The Honorable Phyllis J. Hamilton
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDGING FILING OF MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT                                                    Case No. C 11-2022 PJH