MICHAEL F. RAM, SBN 104805
mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCYZNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
*Attorney for Plaintiffs and the Class*

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8239
Facsimile: (415) 393-8306
*Attorney for Defendant*
*Nissan North America, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDON BANKS, ERIN BANKS, and DAVID SOLOWAY, individually and on behalf of a class of similarly situated consumers,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | CASE NO. C 11-2022 PJH<br><br>**STATUS REPORT REGARDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:         Hon. Phyllis J. Hamilton |

On October 3, 2014, the Court issued an Order which required the Parties to submit a joint status update on October 8, 2014, "should it transpire that Plaintiffs are not able to file a

motion for preliminary approval on October 8, 2014[.]"  Accordingly, the Parties submit the following Joint Status Update.

The Parties continue to work to finalize, formalize, and document a settlement agreement. If Plaintiffs do not file a motion for preliminary approval by Wednesday, October 15, 2014, the Parties propose that the Court conduct a conference to discuss the status of the settlement on Thursday, October 16 (or the next available Thursday thereafter, in accordance with the Court's practice of holding civil case conferences on Thursdays).

DATED:  October 8, 2014

>GIBSON, DUNN & CRUTCHER LLP
>
>By: */s/*  
>TIMOTHY W. LOOSE, SBN 241037  
>tloose@gibsondunn.com  
>GIBSON, DUNN & CRUTCHER LLP  
>333 South Grand Avenue  
>Los Angeles, California 90071-3197  
>Telephone: (213) 229-7000
>
>G. CHARLES NIERLICH, SBN 196611  
>gnierlich@gibsondunn.com  
>GIBSON, DUNN & CRUTCHER LLP  
>555 Mission Street, Suite 3000  
>San Francisco, California 94105-2933  
>Telephone: (415) 393-8239
>
>*Attorneys for Defendant Nissan North America, Inc.*
>
>CORY WATSON CROWDER & DEGARIS, P.C.
>
>By: */s/*  
>F. Jerome Tapley (*Pro Hac Vice*)  
>Email: jtapley@cwcd.com  
>Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)  
>Email: rlutz@cwcd.com  
>2131 Magnolia Avenue  
>Birmingham, AL 35205  
>Telephone: (205) 328-2200  
>Facsimile: (205) 324-7896
>
>CARTER WOLDEN CURTIS, LLP

| | |
|---|---|
| 1 | Kirk J. Wolden, SBN 138902 |
| 2 | Email: kirk@cwclawfirm.com |
|   | Clifford L. Carter, SBN 149621 |
| 3 | Email: cliff@cwclawfirm.com |
|   | 1111 Exposition Boulevard, Suite 602 |
| 4 | Sacramento, California 95815 |
|   | Telephone: (916) 567-1111 |

RAM, OLSON, CEREGHINO
& KOPCYZNSKI LLP
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Karl Olson, SBN 104760
Email: kolson@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiffs and the Class*

*\*\*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Timothy W. Loose hereby attests that concurrence in the filing of this document has been obtained.*