1  MICHAEL F. RAM, SBN 104805
   mram@rocklawcal.com
2  RAM, OLSON, CEREGHINO & KOPCYZNSKI LLP
   555 Montgomery Street, Suite 820
3  San Francisco, California 94111
4  Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
5  *Attorney for Plaintiffs and the Class*

6  G. CHARLES NIERLICH, SBN 196611
   gnierlich@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
8  San Francisco, California 94105-2933
9  Telephone: (415) 393-8239
   Facsimile: (415) 393-8306
10 *Attorney for Defendant
   Nissan North America, Inc.*
11
12 [Additional Counsel on Signature Page]

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                           OAKLAND DIVISION
16

17 | | |
|---|---|
| BRANDON BANKS, ERIN BANKS, and DAVID SOLOWAY, individually and on behalf of a class of similarly situated consumers, | CASE NO. C 11-2022 PJH |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXECUTED SETTLEMENT AGREEMENT** |
| v. | |
| NISSAN NORTH AMERICA, INC., | Judge:   Hon. Phyllis J. Hamilton |
| Defendant. | |

25  The parties, by and through their undersigned counsel, jointly submit this document to inform
26 the Court that the parties exchanged a signed settlement agreement today and that counsel for
27 Plaintiffs intend to file a motion for preliminary approval of the settlement promptly.  In light of the
28

1

parties' execution of a finalized settlement agreement, the parties hereby stipulate to vacate the existing case schedule as set forth below.

WHEREAS, the parties have now finalized and signed a settlement agreement between them;

WHEREAS, the parties anticipate that counsel for Plaintiffs will submit the settlement agreement to the Court promptly;

WHEREAS, the current pre-trial and trial-related deadlines established by the Court's existing case schedule are no longer necessary in light of the parties' settlement agreement;

THEREFORE, the parties jointly stipulate and request that the Court enter the attached proposed order vacating the existing deadlines established by the Court's Case Management and Pretrial Order (Dkt. 135).

DATED:  December 5, 2014

                GIBSON, DUNN & CRUTCHER LLP

By: */s/*  
    TIMOTHY W. LOOSE, SBN 241037  
    tloose@gibsondunn.com  
    GIBSON, DUNN & CRUTCHER LLP  
    333 South Grand Avenue  
    Los Angeles, California 90071-3197  
    Telephone: (213) 229-7000  
    Facsimile: (213) 229-752

    G. CHARLES NIERLICH, SBN 196611  
    gnierlich@gibsondunn.com  
    GIBSON, DUNN & CRUTCHER LLP  
    555 Mission Street, Suite 3000  
    San Francisco, California 94105-2933  
    Telephone: (415) 393-8239  
    Facsimile: (415) 393-8306

*Attorneys for Defendant*


CORY WATSON CROWDER & DEGARIS, P.C.

By: */s/*  
    F. Jerome Tapley (*Pro Hac Vice*)  
    Email: jtapley@cwcd.com  
    Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)

```
                                    Email: rlutz@cwcd.com
                                    2131 Magnolia Avenue
                                    Birmingham, AL 35205
                                    Telephone: (205) 328-2200
                                    Facsimile: (205) 324-7896

                                    CARTER WOLDEN CURTIS, LLP
                                    Kirk J. Wolden, SBN 138902
                                    Email: kirk@cwclawfirm.com
                                    Clifford L. Carter, SBN 149621
                                    Email: cliff@cwclawfirm.com
                                    1111 Exposition Boulevard, Suite 602
                                    Sacramento, California 95815
                                    Telephone: (916) 567-1111

                                    RAM, OLSON, CEREGHINO
                                    & KOPCYZNSKI LLP
                                    Michael F. Ram, SBN 104805
                                    Email: mram@rocklawcal.com
                                    Karl Olson, SBN 104760
                                    Email: kolson@rocklawcal.com
                                    555 Montgomery Street, Suite 820
                                    San Francisco, California 94111
                                    Telephone: (415) 433-4949
                                    Facsimile: (415) 433-7311
```

*Attorneys for Plaintiffs and the Classk*

***Filer's Attestation:** Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Timothy W. Loose hereby attests that concurrence in the filing of this document has been obtained.*

## [PROPOSED] ORDER

Good cause having been shown, the Court is advised of the parties' execution of a settlement agreement, and is further advised of Plaintiffs' intention to submit a motion for preliminary approval of class settlement. Accordingly, the Court vacates all existing deadlines set forth in its Case Management and Pretrial Order (Dkt. 135).

DATED: December 8, 2014

_____
The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*