# Steve Satchwell

3380 Marylea Ct• Waldorf, MD 20603• Phone: 301-638-1052 • E-Mail: satchmo93@aol.com

Date: April 5, 2015

Class Action Clerk
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA
94612



RECEIVED
APR - 9 2015
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
APR 09 2015
RICHARD W. W...
CLERK, U.S. DIST...
NORTHERN DISTRICT...
OAKLAND

Re: **Banks v. Nissan North America, Inc.  Case# 4:11-cv-2022-PJH**

Dear US District Court:

I am writing today to file an objection to the fairness and adequacy of this reimbursement scheme. I am requesting that the Court require the agreement to be amended to reimburse 100% of repair costs regardless of mileage. The DSS is not a wear item. My 2008 Armada lost break power while my wife was driving last year. Luckily no one was in front of her and no one was injured. It has not occurred again but we do worry about it. Since Nissan is aware there is a problem with the DSS, I feel they should issue a recall and fix the problem at the dealership.

Sincerely,

Steve A. Satchwell
MSgt (Ret USAF)