Class Action Clerk
United States District Court for the Northern District of California
1301 Clay Street
Oakland, California 94612

RECEIVED APR 0 . 2 .
RICHARD W. WIE...
CLERK, U.S. DISTRIC ...RT
NORTHERN DISTRICT OF C... FORNIA
OAKLAND

FILED
APR 03 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

26-Mar-15

Harold E. Belcher
908 N. Mallard Ln.
Rogers, AR  72756-1912

Attn: Your Honor

In regard to case : **Banks v. Nissan North America, Inc., Case Number 4:11-cv-2022.**
This is the biggest Rip Off I have seen in a long time.
1. Why was this not covered by a mfg. recall?
2. I have excluded myself and I see in the documentation that I cannot Object. Would you not need to know why?
3. This issue with the breaks is very serious and should not be slid under the rug, especially since one person has been killed and I continue to have malfunctions.
4. Looking at the dollar amounts, it is clear the Attorneys are the only ones that will come out with a lot of money and I will still have an unsafe Truck.
5. See attached breakdown.  If Nissan fixed all 350,000 autos at a cost of $1,000.00 each they would have to spend $350,000,000.00.
    In the proposed settlement, attorneys' fee of $3,425,000.00 and if the Plaintiffs were paid $20,000.00 and the Class of 350,000 were paid the mid range of $200.00 for 70,000,000.00.

**Nissan and Continental would save $276,555,000.00 what a rip off.**

Thank You

*Harold E Belcher*

Harold E. Belcher
Phone 479-381-6680

# Class Action Law Suit

Break issues 2004/2008 Titan, Armada & Infiniti

**Bands v. Nissan North America, Inc., Case Number 4:11-cv-2022**

| | |
|---|---|
| 350,000 vehicle X $1,000.00 | $350,000,000.00 |
| Settlement | $73,445,000.00 |
| **Nissan North America & Continental SAVES** | **$276,555,000.00** |
| At the vehical owners expense or life. | |

Settlement Agreement if you approve

| | | | |
|---|---|---|---|
| | attorneys' | $3,425,000.00 | |
| | 4-Plaintiff | $20,000.00 | |
| Class Plaintiffs | | $70,000,000.00 | if 350,000 request mid payment |
| | | $73,445,000.00 | of $200.00 ea. |

Harold E. Belcher
908 N. Mallard Ln.
Rogers, AR 72756-1912