RECEIVED   FILED

APR 2015   APR 14 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DATE:** April 12, 2015

**TO:** Class Action Clerk

**FROM:** Martin Brown

**SUBJECT:** *Banks v. Nissan North America, Inc.* Case Number 4:11-cv-02022-PJH

This is written acknowledgement that we object to the proposed settlement outlined in *Banks v. Nissan North America, Inc.* (case number 4:11-cv-02022-PJH).

There are several reasons we object to this settlement.
- If this is a **safety issue** the suspect unit(s) should be replaced free of charge immediately.
- If the suspect unit(s) in our vehicle prove to be defective, $200 is not enough to purchase the part(s) and have them replaced by a competent automotive technician.
- If mileage is key to the failure of suspect unit(s), our suspect unit(s) should be replaced now (free of charge) due to low accumulated mileage.
- The value of the proposed settlement and the portion paid to the claimants is **too** low. The lawyers are **not entitled** to 68.5% of the payout (3,425,000/5,000,000).

We are and have been owners of the 2006 Nissan Titan Crew Cab (w/VDC) VIN# 1N6BA07A96N520694 since the vehicle was brand new. Currently we have approximately 60,000 miles on the vehicle. We have not experienced the problem with the Active Brake Booster and/or VDC Control unit (error code C1179) described in the claim.

Included with this letter is our current Vehicle Registration and insurance information (validates current ownership).

Included too are two (2) versions of the Legal Notice provided by the Settlement Administrator.

Linda & Martin Brown
1925 Gatewood Drive
Gurnee, IL. 60031
224.715.1925 (cell)
847.623.4924 (fax)
Email:

## 2015 Illinois Registration Identification Card
### Jesse White, Illinois Secretary of State

ININ11/25/14:01:1230: 101.00 CC

W-89749          5M5098135   R        1215

| Vehicle Year 2006 | Vehicle Make NISSAN | VIN 1N6BA07A96N520694 |
|---|---|---|
| Weight or CC's | Body Style CARRYALL | Application Type PERSON WITH DISABILITIES |
| Axles 2 | Leased/Rental | Unit Number | File Number | County 049 LAKE |
| Driver's License Number(s) or FEIN(s) B65053758934 B65057957097 | | Expiration Date DECEMBER 31, 2015 |
| | | Previous Plate Number W-89749 |
| Renewal Fee Due $101.00 | | |

LINDA BROWN
MARTIN BROWN
1925 GATEWOOD DR
GURNEE, IL 60031-6004

Registration ID: 0801 6415   PIN: 2298
W-89749

---

### ILLINOIS INSURANCE CARD

NAIC # 34339

METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 1562016530 | 12/21/2014 | 06/21/2015 |

LINDA S BROWN AND
MARTIN W BROWN
1925 GATEWOOD DR
GURNEE IL  60031

| YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2006 | NISSAN | 1N6BA07A96N520694 |

EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.

MPL 1066-012                                                    Printed in U.S.A 0511

Banks v. Nissan North America, Inc.
Case Number 4:11-cv-02022-PJH

LEGAL NOTICE

**Current and Former Owners of 2004-2008 Nissan Armada, Titan (equipped with VDC) and Infiniti QX56 vehicles.**

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

1-877-790-2122

www.DSSClassAction.com

*Called 3/27/15*

*Banks v. Nissan North America, Inc.*
Settlement Administrator
P.O. Box 43344
Providence, RI 02940-3344

VIN: 1N6BA07A96N520694

Postal Service: Please do not mark barcode

Claim #: NBK-10084610501 - 84650

A323713
Linda S. Brown
1925 Gatewood Dr.
Gurnee, IL 60031-6004

```
PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039
```

# NBK

---

LEGAL NOTICE

**Current and Former Owners of 2004-2008 Nissan Armada, Titan (equipped with VDC) and Infiniti QX56 vehicles.**

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

1-877-790-2122

www.DSSClassAction.com

*Banks v. Nissan North America, Inc.*
Settlement Administrator
P.O. Box 43344
Providence, RI 02940-3344

VIN: 1N6BA07A96N520694

Postal Service: Please do not mark barcode

Claim #: NBK-10084607501 - 84648

A323712
Linda Brown
1925 Gatewood Dr.
Gurnee, IL 60031-6004

```
PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039
```

# NBK