Roxanne Collins
2004 Stonehenge Drive.
Harker Heights, TX 76548
April 20, 2015

FILED

2015 APR 23 P 1:07

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal Representatives
Banks v. Nissan North America, Inc.,
Case Number 4:11-cv-02022-PJH),
1301 Clay Street
Oakland, California 94612,

Dear Legal Representatives:

I'm corresponding to the settlement offer that was sent loyal customers a few weeks ago. I'm writing to OBJECT to the offers that you have offered in the little post cards concerning the braking system settlement.

On 31 December 2005, I purchased a brand-new 2006 Nissan Amarda from the Victorville, California dealership. Although, I can't remember the dealer who sold me the second vehicle into the Collins family, I can remember the $45,000.00 check I placed in their hands. My vehicle was paid in full on that evening before leaving the lot.

When I begin to drive this $45K coffin, I sensed that there were something strange about this vehicle. Why I object to this settlement that will only benefit you, the legal representative and The Nissan Corporation. During the time frame of 2004-2008 theses death traps were driven by honest consumers whom paid honest hard working money for what we thought were safe and reliable means of transportation. This is a federal case. How in God's name are the consumer about to be hoodwinked into settling for absolutely nothing while Nissan walk away with our federal tax dollars receive during that time frame for their bail out by the same U.S. Government. I know that this can't be the American way.

We the consumer is about to be jammed in the back side again while people like you all take advantage of the innocent that are stuck with the trash of an unsafe vehicle with death for ourselves and love ones waiting to happen. You didn't even offer anything to the person that couldn't afford to take their vehicle into a dealership. We are the same Americans that suffered economic downturns in our own individual lives during this time, except we didn't receive the bailout like Nissan Motor Company. I was a soldier who lost a soldier during the purchase of this trash called a vehicle. My husband, Randy Collins also purchased one of these death traps. How insensitive could you be as a representative to say that you are

representing us as consumers of this faulty brake system. You all aren't losing anything out of this deal. I'm a widow who couldn't afford to have all of the things fixed on my vehicle that I paid cash for. What's more disturbing is, Nissan Motor Company has yet to issue a recall on these vehicles. Instead you all decide to send out these little petty forms of letters in hopes that no one pays them any attention. You Mr. Representative aren't representing the customer. You are looking out for yourself at the expense of the safety and lives of those like myself who didn't even know for sure that we weren't losing our minds when things begin to happen to the vehicle the vehicle accelerating when applying the brakes, or the brake light coming on that wasn't explained in the manual. You get to walk away with $5000 for each affected consumer, while Nissan Motor Company receives a get out of jail free card for not taking the responsibility for their immoral actions. For you to miss represent the consumer is just as immoral because you are only thinking of yourselves. What did you lose legal representative? I lost my home during this time and couldn't afford to do the extra on a vehicle. Furthermore, Nissan has yet to issue a safety recall because they do not want to pay the expense of fixing our vehicle the way other moral companies take care of their loyal customers. The Collins family has purchased four Nissan vehicles, two defected one that are included in this settlement alone and we don't even get help fixing the life threatening defaults that we didn't have control of. This is a Federal Case, but the people whom pay the Federal Taxes are being screwed. I pray that everyone involved in this immoral act sleep well at night while I have this 2006 Nissan, Amarda with less than 50,000 mile setting in my drive way. I've had countless problem out of a vehicle I paid cash for. Immoral, if you are going to represent me, let the court know that they need to reconsider the settlements because Nissan can't begin to repay the lives and deaths that are injured and killed because of their silence and measly settlement offer to quiet the immoral situation up.

I expect something out of this other than "good luck" and a" your life don't matter to us because we don't want to pay for our mistakes." I pray you represent The Collins family better that what appears while we ride around in our $45,000 truck that could very well be a coffin for any of the moral consumers that trusted Nissan quality of business. We didn't purchase a vehicle for the looks, we purchased or safety and that we are yet to receive.

P.S. I strongly object to what Nissan Motor Corporation is trying to do to law abiding consumers. If you are going to represent us, do it morally while you receive $5000 for each individual involved in the case. I do not like the proposed settlement, therefore I ask the courts to deny approval.

Sincerely,

*Roxanne Collins*
Roxanne Collins
(254) 449-098
20 April 2015