UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON BANKS, et al.,

    Plaintiffs,

    v.

NISSAN NORTH AMERICA, INC.,

    Defendant.

Case No. 11-cv-2022-PJH

**ORDER RE MOTION FOR FINAL SETTLEMENT APPROVAL**

On May 20, 2015, the court held a hearing on plaintiffs' motion for final settlement approval. The court deferred ruling on the motion until after the claims administrator filed with the court a report regarding the submitted claims. The report should contain overall figures regarding the number of claims granted and denied, and should also specify (1) how many (if any) claims were denied because of the absence of a diagnostic code on the claim submission, and (2) how many claimants fell within each of the payout ranges. See Dkt. 196 at 23-24.

The proposed settlement provides that the claim period shall end 210 calendar days after the Notice Date. See Dkt. 160, Ex. 1 at 4. The Notice Date was February 27, 2015, making September 25, 2015 the end of the claim period. See Dkt. 175. The claim period having now ended, the court directs the parties to file the claims administrator's report no later than **October 2, 2015**.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge