Michael F. Ram, SBN 104805
Karl Olson, SBN 104760
RAM, OLSON, CEREGHINO & KOPCZYNSKI, LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Email: mram@rocklaw.com, kolson@rocklaw.com
*Attorneys for Plaintiffs and the Class*

G. Charles Nierlich, SBN 196611
GIBSON, DUNN & CRUTCHER, LLP
555 Mission Street, Ste. 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8239
Facsimile: (415) 393-8306
Email: gnierlich@gibsondunn.com

*Attorney for Defendant
Nissan North America, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDON BANKS, ERIN BANKS, and DAVID SOLOWAY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No.    4:11-cv-02022-PJH<br><br>**JOINT MOTION AND [PROPOSED] ORDER REGARDING FILING CLAIMS ADMINISTRATOR'S REPORT IN SUPPORT OF FINAL SETTLEMENT APPROVAL** |

///

///

///

///

///

**JOINT MOTION AND [PROPOSED] ORDER REGARDING FILING CLAIMS ADMINISTRATOR'S REPORT IN SUPPORT OF FINAL SETTLEMENT APPROVAL**
Case No. 4:11-cv-02022-PJH

The Parties, by and through their undersigned Counsel, jointly submit this motion regarding the Claims Administrator's Report in support of Final Settlement Approval.

WHEREAS, The Court, on September 30, 2015, ordered the Parties to file the Claims Administrator's Report no later than October 2, 2015;

WHEREAS, the claims period ended on September 25, 2015;

WHEREAS, all claims postmarked on or before September 25, 2015 are timely claims;

WHEREAS, Counsel for the Parties have conferred with the Claims Administrator and have been notified that the Claims Administrator continues to process timely submitted claims;

WHEREAS, the Claim Administrator needs additional time to finalize the processing and review of recently received claims to prepare a final report;

THEREFORE, the Parties jointly move the Court to extend the deadline to file the Administrator's Report to October 9, 2015, and request that the Court enter the attached proposed order.

Date: October 1, 2015

/s/ Michael F. Ram
RAM, OLSON, CEREGHINO
& KOPCYZNSKI LLP
Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Karl Olson, SBN 104760
Email: kolson@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

CARTER WOLDEN CURTIS, LLP
Kirk J. Wolden, SBN 138902
Email: kirk@cwclawfirm.com
Clifford L. Carter, SBN 149621
Email: cliff@cwclawfirm.com
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916) 567-1111

CORY WATSON, P.C.
F. Jerome Tapley (*Pro Hac Vice*)
Email: jtapley@cwcd.com
Hirlye R. "Ryan" Lutz, III (*Pro Hac Vice*)
Email: rlutz@cwcd.com
2131 Magnolia Avenue

**JOINT MOTION AND [PROPOSED] ORDER REGARDING FILING CLAIMS ADMINISTRATOR'S REPORT IN SUPPORT OF FINAL SETTLEMENT APPROVAL**
Case No. 4:11-cv-02022-PJH

1

Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

WYLY~ROMMEL, PLLC
Sean F. Rommel (*Pro Hac Vice*)
Email: srommel@wylyrommel.com
Jim Wyly (*Pro Hac Vice*)
Email: jwyly@wylyrommel.com
4004 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 334-8646

*Attorneys for Plaintiffs and the Class*

Date: October 1, 2015

*/s/ Signature* **
GIBSON, DUNN & CRUTCHER, LLP
G. Charles Nierlich, SBN 196611
Email: gnierlich@gibsondunn.com
555 Mission Street, Ste. 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8239
Facsimile: (415) 393-8306

*Attorney for Defendant*
*Nissan North America, Inc.*

*\*\*Filers Attestation: Pursuant to Civil L.R 5-1 (i)(3) regarding signatures, Michael F. Ram hereby attests that concurrence that the filing of this document has been obtained.*

**JOINT MOTION AND [PROPOSED] ORDER REGARDING FILING CLAIMS ADMINISTRATOR'S REPORT IN SUPPORT OF FINAL SETTLEMENT APPROVAL**
Case No. 4:11-cv-02022-PJH

2

# [~~PROPOSED~~ ORDER]

Good cause having been shown, the Court is advised of the current status of the Administrator's efforts to finalize the Administrator's Report. It is therefore ordered that the deadline for the filing of the Administrator's Report is moved from October 2, 2015 to October 9, 2015.

DATED: October  5 , 2015

_____
The Honorable Phyllis J. Hamilton
United States District Judge

*APPROVED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*

**JOINT MOTION AND [PROPOSED] ORDER REGARDING FILING CLAIMS ADMINISTRATOR'S REPORT IN SUPPORT OF FINAL SETTLEMENT APPROVAL**
Case No. 4:11-cv-02022-PJH

3