UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BANKS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 11-cv-02022-PJH<br><br>**ORDER SETTING DATE FOR FINAL FAIRNESS HEARING**<br><br>Re: Dkt. 221 |

On June 6, 2016, the court adopted the proposed order and stipulation submitted by the parties, amending the court's prior preliminary settlement approval order, and setting the date for a final fairness hearing as September 21, 2016. In addition to the requirements in that order, the court further orders that:

    1.    No later than 14 days before the final fairness hearing, the claims administrator shall file with the court a report containing the following information: (a) overall figures regarding the total number of claimants; (b) the total payout to all claimants; (c) how many claimants fall within each specific payout range; (d) the total payout and average payout amount for each specific payout range; (e) the number of submitted claims that were denied, and a general breakdown of the reasons for these denials.

    2.    All papers regarding class counsel's motion for attorneys' fees shall be filed with the court no later than 14 days before the final fairness hearing.

    3.    All papers in support of the motion for final settlement approval, and in response to any objections submitted thereto, shall be submitted no later than 14 days

before the final fairness hearing. Should defendants wish to submit a brief as well pursuant to paragraph 32 of the amended settlement, class counsel's brief in support shall be filed with the court no later than 21 days prior to the final fairness hearing, such that defendants' brief in response is submitted no later than 14 days prior to the final fairness hearing.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge